Lisa S. Kantor, State Bar No. 110678
lkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Nurit Zabludovsky

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURIT ZABLUDOVSKY,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:14-cv-05985-DDP-CWx<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

Plaintiff NURIT ZABLUDOVSKY and Defendant UNITED HEALTHCARE INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate as follows:

1. The above-entitled action shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. The parties shall bear their own costs and fees.

IT IS SO STIPULATED.

DATED: November 7, 2014                    KANTOR & KANTOR LLP

                                           By:   */s/ Peter S. Sessions*
                                                 Lisa S. Kantor
                                                 Peter S. Sessions
                                                 Attorneys for Plaintiff
                                                 Nurit Zabludovsky

DATED: November 7, 2014                    SEDGWICK LLP

                                           By:   */s/ David M. Humiston*
                                                 David M. Humiston
                                                 Robert C. Bohner
                                                 Attorneys for Defendant
                                                 UnitedHealthcare Insurance Company

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Peter S. Sessions hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525