KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURIT ZABLUDOVSKY, | Case No. 2:14-cv-05985-DDP-CWx |
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| UNITED HEALTHCARE INSURANCE COMPANY, | |
| Defendant. | |

1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed without prejudice in its entirety. The parties shall bear their own costs and fees.

IT IS SO ORDERED.

DATED: _____          BY: _____
                                                Honorable Dean D. Pregerson
                                                United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE