JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURIT ZABLUDOVSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:14-cv-05985-DDP-CWx<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed without prejudice in its entirety. The parties shall bear their own costs and fees.

    IT IS SO ORDERED.

DATED: November 10, 2014

                                             Honorable Dean D. Pregerson
                                             United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525